IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 00-00187HG |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| ALMA OLVERA (13) and | ) | |
| EMILIO OLVERA (14), | ) | |
| | ) | |
| Defendants. | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, the

designated Court custodian of all exhibits, acknowledge receipt of all of the

Government's Trial Exhibits.

DATED:    Honolulu, Hawaii, _____ 8/30/06 _____.


_____
                    Signature


Attorney for: UNITED STATES OF AMERICA